2009–1601.  **Schottenstein, Zox & Dunn, L.P.A. v. C.J. Mahan Constr. Co., L.L.C.**
Franklin App. No. 08AP–851, 2009-Ohio-3616.

2009–1605.  **State v. Gillispie.**
Montgomery App. Nos. 22877 and 22912, 2009-Ohio-3640.
PFEIFER and O'DONNELL, JJ., dissent.

2009–1608.  **In re K.A.G.–M.**
Warren App. No. CA2009–01–003.

2009–1609.  **State v. Pustelnik.**
Cuyahoga App. No. 91779, 2009-Ohio-3458.
O'DONNELL, J., dissents.

2009–1611.  **State v. Barnes.**
Clermont App. No. CA2008–10–090, 2009-Ohio-3684.

2009–1612.  **Howard v. Kirkpatrick.**
Fayette App. No. CA2008–11–040, 2009-Ohio-3686.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

2009–1614.  **State v. Hatton.**
Pickaway App. No. 97CA34.
LANZINGER, J., dissents and would accept the appeal and hold the cause for the decision in 2008–2047, *State v. Palmer,* Hamilton App. No. C–010583, 178 Ohio App.3d 192, 2008-Ohio-4604.

2009–1621.  **State v. Christinger.**
Cuyahoga App. No. 91984, 2009-Ohio-3610.

2009–1625.  **State v. Irish.**
Ashtabula App. No. 2008–A–0051, 2009-Ohio-3791.
O'DONNELL, J., dissents.

2009–1627.  **Stark Commons, Ltd. v. Landry's Seafood House—Ohio, Inc.**
Stark App. No. 2008CA00206, 2009-Ohio-3847.
LANZINGER, J., dissents and would accept the appeal on Proposition of Law No. I.

2009–1646.  **State v. Smith.**
Hamilton App. No. C–080126, 2009-Ohio-3727.
LUNDBERG STRATTON, O'CONNOR, and O'DONNELL, JJ., dissent and would accept the appeal on Proposition of Law No. I and hold the cause for the decision in 2009–1481, *State v. Johnson,* Hamilton App. Nos. C–080156 and C–080158, 2009-Ohio-2568.

2009–1652.  **State v. Newell.**
Erie App. No. E–08–067, 2009-Ohio-3810.

2009–1656.  **State v. Frankenbery.**
Licking App. No. 08–CA–131, 2009-Ohio-3853.

2009–1658.  **Foreman v. Ragheb.**
Lucas App. No. L–08–1415, 2009-Ohio-3912.

2009–1659.  **State v. Poissant.**
Fairfield App. No. 08 CA 7, 2009-Ohio-4235.

2009–1662.  **State v. Kendrick.**
Hamilton App. No. C–080509, 2009-Ohio-3876.

2009–1674.  **Will v. Rokus.**
Clark App. No. 08CA0113, 2009-Ohio-3948.
O'CONNOR, J., dissents.

2009–1680.  **State v. Hatton.**
Pickaway App. No. 97CA34.